IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., | ) |
| Plaintiff, | ) Case No.: 18-cv-0361 <br> ) <br> ) Judge Robert W. Gettleman |
| v. | ) <br> ) |
| DOES 1-26, | ) <br> ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT NO. 1**

Plaintiff, Bodyguard Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 73.72.61.209 (Doe No. 1). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Doe defendants at this time.

The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 14, 2018    BODYGUARD PRODUCTIONS, INC.

By:    s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
Bodyguard Productions, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Doe Defendant No. 1 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 14, 2018.

s/Michael A. Hierl